■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN R. ALEXIS, Appellant. [967 NYS2d 862]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered January 15, 2009. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.